# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1432
_____

RICHARD DUMAS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

December 27, 2024

PER CURIAM.

    DISMISSED.

ROWE, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard Dumas, pro se, Appellant.

Ashley Moody, Attorney General, and Julian Elmo Markham, III, Assistant Attorney General, Tallahassee, for Appellee.